JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE FALCON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DAVE DAVIS, Warden,<br><br>　　　　Respondent. | NO. CV 15-1215-PA (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: May 17, 2016

　　　　　　　　　　　　_____
　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　United States District Judge